**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| WESTERN TRAILS CHARTER & TOURS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NEVADA TRANSPORTATION AUTHORITY, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00219-RCJ-CLB<br><br>**ORDER SETTING HEARING ON THE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 6)** |

　　　　Before the Court is Plaintiff's Emergency Motion for Temporary Restraining Order (ECF No. 6). Accordingly,

　　　　**IT IS HEREBY ORDERED** that oral argument is set for Tuesday, May 30, 2023, at 11:00 a.m. by video conference before Judge Robert C. Jones.

　　　　**IT IS FURTHER ORDERED** that no later than 5:00 p.m. on Friday, May 26, 2023, Plaintiff shall serve Defendants with a copy of this Order, along with copies of the Complaint (ECF No. 1), the Emergency Motion for Temporary Restraining Order (ECF No. 6), and the Motion for Preliminary Injunction (ECF No. 8).

　　　　**IT IS FURTHER ORDERED** that Plaintiff shall file a proof of service of the Complaint, Emergency Motion for Temporary Restraining Order, and the Motion for Preliminary Injunction with the Court no later than **5:00 p.m. on Friday, May 26, 2023.**

　　　　**IT IS FURTHER ORDERED** that Defendant shall file a response to Plaintiff's Emergency Motion for Temporary Restraining Order (ECF No. 6) on or before **5:00 p.m. on Monday, May 29, 2023.**

　　　　**IT IS FURTHER ORDERED** that the parties are directed to contact the Courtroom Deputy, Ashlyn Bye at Ashlyn_Bye@nvd.uscourts.gov, by 5:00 p.m. on Monday, May 29, 2023, to provide her the names and email addresses of each counsel, party and/or representative attending the hearing.

**IT IS FURTHER ORDERED** that if the parties intend to offer exhibits during oral argument, they shall file an exhibit list, and contact the Courtroom Deputy, Ashlyn Bye at Ashlyn_Bye@nvd.uscourts.gov, to provide the Court with a digital copy of the proposed exhibits by 5:00 p.m. on Monday, May 29, 2023.

**IT IS FURTHER ORDERED** that the following Video Conference Instructions shall be adhered to as follows:

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING:**

Instructions to the scheduled hearings will be sent via email prior to the hearing to the participants email provided to the Court.

1. Log on to the call ten (10) minutes prior to the hearing time.

2. Mute your sound prior to entering the hearing.

3. Do not talk over one another.

4. State your name prior to speaking for the record.

5. Do not have others in the video screen or moving in the background.

6. No recording of the hearing.

7. No forwarding of any video conference invitations.

8. Unauthorized users on the video conference will be removed.

**IT IS FURTHER ORDERED** that persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings.

**IT IS SO ORDERED.**

DATED this 26th day of May 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE